JEREMY PASTERNAK, ESQ., BAR NO: 181618
**LAW OFFICES OF JEREMY PASTERNAK**
A Professional Corporation
445 Bush St., Sixth Floor
San Francisco, CA 94108
Telephone: (415) 693-0300
Facsimile: (415) 693-0393

Attorneys for Plaintiff,
RACHELLE DECKER

TIMOTHY J. LONG, ESQ., BAR NO: 137591
ANDREA L. BROWN, ESQ., BAR NO: 237629
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
400 Capitol Mall, Suite 3000
Sacramento, CA 95814
Telephone: (916) 447-9200
Facsimile: (916) 329-4900

Attorneys for Defendant,
U.S. BANK NATIONAL ASSOCIATION
(erroneously sued as "U.S. Bancorp dba U.S. Bank")

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RACHELLE DECKER,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. BANCORP, dba U.S. BANK,<br><br>    Defendant.<br>_____ | Case No. 2:08-CV-00814-MCE-GGH<br><br>**STIPULATION OF THE PARTIES TO AMEND THE PRETRIAL (STATUS) SCHEDULING ORDER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN AND TO THE COURT:**

WHEREAS, the discovery cut-off set by the Court is May 15, 2009; and

WHEREAS, the parties have agreed to attend mediation in this matter; and,

WHEREAS, the parties each have outstanding depositions that they will need to take if the

---
-1-
Stipulation of the Parties to Amend the Pretrial (Status) Scheduling Order

parties do not resolve this matter at mediation; and

WHEREAS, the parties agree it will serve the interests of judicial economy if the discovery cut-off is extended pending mediation;

THEREFORE, the parties hereby stipulate and respectfully request the Court so order:

1) the discovery cut-off date shall be extended to July 1, 2009; and

2) all other pretrial dates set by the Court shall remain the same.

**IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.**

Dated: May 4, 2009  **LAW OFFICES OF JEREMY PASTERNAK**
  **A Professional Corporation**

By: /s/
JEREMY PASTERNAK
Attorneys for Plaintiff
RACHELLE DECKER

Dated: May 9, 2009  **ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: /s/
TIMOTHY J. LONG
Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 18, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE