JEREMY PASTERNAK (STATE BAR NO. 181618)
LAW OFFICES OF JEREMY PASTERNAK
445 Bush Street, Sixth Floor
San Francisco, CA 94108
Telephone:  (415) 693-0300
Facsimile:  (415) 693-0393

Attorneys for Plaintiff
RACHELLE DECKER


TIMOTHY J. LONG (STATE BAR NO. 137591)
tjlong@orrick.com
ANDREA L. BROWN (STATE BAR NO. 237629)
abrown@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall
Suite 3000
Sacramento, CA  95814-4497
Telephone:    916-447-9200
Facsimile:     916-329-4900

Attorneys for Defendant
U.S. Bank National Association
(erroneously sued as "U.S. Bancorp dba U.S. Bank")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHELLE DECKER,<br><br>             Plaintiff,<br><br>     v.<br><br>U.S. BANCORP dba U.S. BANK,<br><br>             Defendant. | Case No. 2:08-cv-00814-MCE-GGH<br><br>**STIPULATION AND ORDER** |

　　　　　WHEREAS, the discovery cut-off set by the Court is July 1, 2009;

　　　　　WHEREAS, the parties have agreed to attend mediation in this matter set for July 27, 2009: and

　　　　　WHEREAS, the parties each have outstanding depositions that they need to take if the parties do not resolve this matter at mediation; and

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, the parties agree it will serve the interests of judicial economy if the discovery cut-off and the dispositive motion hearing date are extended pending mediation;

THEREFORE, the parties hereby stipulate and respectfully request the Court so Order:

1. all dispositive motions shall be heard no later than November 5, 2009;
2. the discovery cut-off date shall be extended to September 20, 2009; and
3. all other pretrial dates set by the Court shall remain the same.

Dated: June 19, 2009  
JEREMY PASTERNAK  
LAW OFFICES OF JEREMY PASTERNAK

_/s/_  
JEREMY PASTERNAK  
Attorneys for Plaintiff  
Rachelle Decker

Dated: June 19, 2009  
TIMOTHY J. LONG  
ANDREA L. BROWN  
Orrick, Herrington & Sutcliffe LLP

_/s/_  
ANDREA L. BROWN  
Attorneys for Defendant  
U.S. Bank National Association

**ORDER**

In accordance with the parties' stipulation as set forth above, and good cause appearing therefore, the deadline for completing all discovery is hereby extended to September 20, 2009. All dispositive motions must be heard not later than November 5, 2009. All remaining dates set forth in the Pretrial (Status) Scheduling Order shall remain unchanged.

IT IS SO ORDERED.

DATED: July 1, 2009

_____  
MORRISON C. ENGLAND, JR  
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com